NOTE: CHANGES MADE BY THE COURT

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN BERNARDINO COUNTY, a California public entity,<br><br>Plaintiff,<br><br>vs.<br><br>THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, a Pennsylvania insurance company,<br><br>Defendant. | Case No. 5:21-cv-01978-JFW-ASx<br><br>**FINAL JUDGMENT AND ORDER STAYING PROCEEDINGS**<br><br>Honorable John F. Walter<br><br>Complaint Filed:    November 22, 2021 |

**FINAL JUDGMENT AND ORDER STAYING PROCEEDINGS**

The Court, having dismissed Plaintiff San Bernardino County's ("the County") third claim for relief for declaratory relief (Dkt. No. 305) and having granted the County and Defendant The Insurance Company of the State of Pennsylvania's ("ICSOP") Joint Motion for Entry of Final Judgment Pursuant to Rule 54(b) and for a Stay of Proceedings (Dkt. No. 357), and finding no just reason for delay and with good cause shown, hereby **ORDERS**, **ADJUDGES**, and **DECREES** that:

1. Final Judgment is entered pursuant to Federal Rule of Civil Procedure 54(b) on Count III of the County's Complaint;

2. This Final Judgment expressly incorporates the Court's October 25, 2024 Order granting the parties' Joint Motion for Entry of Final Judgment (Dkt. No. 357) and the reasoning set forth therein;

3. There is no just reason for delay in the entry of this Final Judgment, and immediate entry by the Clerk of the Court is expressly directed pursuant to Rule 54(b) of the Federal Rules of Civil Procedure;

– 1 –
FINAL JUDGMENT AND ORDER SAYING PROCEEDINGS

4. During the pendency of any appeal of this Final Judgment, the remainder of this action shall be stayed in all respects and all currently-scheduled dates shall be taken off-calendar; and

5. No award of costs under Federal Rule of Civil Procedure 54(d)(1) is made in favor of either the County or ICSOP with respect to this Final Judgment on Count III of the County's Complaint.

The clerk shall administratively close this case.

**IT IS SO ORDERED.**

Dated: October 29, 2024

                Hon. John F. Walter
                United States District Judge

Approved as to form and content.

*/s/ Anthony S. Newman*
Attorney for Plaintiff

*/s/ Nicholas B. Salerno*
Attorney for Defendant